744 A.2d 1286

**SOUTHWESTERN AMBULATORY SURGERY CENTER, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Feb. 18, 2000.

James A. Ashton, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 18th day of February, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** as to the following issue:

1. Whether a claimant, who declines to follow an employer's policy regarding training, and subsequently suffers a reduction in hours as a result of that decision, was unavailable for work or her partial unemployment vol-

untary, is entitled to unemployment compensation benefits.